UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :
                                    :   18 CR 676 ( JSR )
         -against-                  :
                                    :   ORDER
  Mahamadou Jabbi                   :
                                    :
              Defendant             :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/18

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated: New York, New York
       10/18/18