```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        Plaintiff,                  :
                                    :       18-cr-676(JSR)
        -v-                         :
                                    :       ORDER
MAHAMADOU JABBI                     :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Pursuant to the joint application of the Government and defense counsel at today's telephonic status conference, the two violations of supervised release charged by the U.S. Probation Office in its December 30, 2019 violation report are hereby dismissed.

SO ORDERED

Dated:   New York, NY
         April 3, 2020

_____
United States District Judge

1